UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:                             :         Case No. 14-56356
    Esteban C Montiel
    Lisa M Camarillo,          :         Chapter 13

        Debtor(s).            :         Judge John E. Hoffman Jr.

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Faye D. English, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: February 21, 2017           /s/ Faye D. English
                                            Faye D. English (#0075557)
                                            Chapter 13 Trustee
                                            10 W. Broad Street, Suite 900
                                            Columbus, OH 43215
                                            614-420-2555 telephone
                                            614-420-2550 facsimile
                                            faye.english@ch13columbus.com

<u>Name and Address</u>                  <u>Amount</u>
J & F Auto Sales LLC              $2,401.13 (principal)
3435 Westerville Road             $   108.09 (interest)
Columbus, OH 43224